**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-2064**

———————

GILBERT L. SPURLOCK,

　　　　　　　Plaintiff - Appellant,

　　　v.

UNITED STATES ARMY CORPS OF ENGINEERS; MARK ADKINS,

　　　　　　　Defendants - Appellees.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.　Robert C. Chambers,
District Judge.　(3:07-cv-00643-RCC)

———————

Submitted:　January 5, 2009　　　　Decided:　January 21, 2009

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Gilbert L. Spurlock, Appellant Pro Se. Carol A. Casto, Assistant
United States Attorney, Charleston, West Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gilbert L. Spurlock appeals the district court's order accepting the report and recommendation of the magistrate judge and dismissing his civil complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Spurlock v. U.S. Army Corps of Eng'rs, No. 3:07-cv-00643-RCC (S.D.W. Va. Aug. 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED